

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2015

No. 04-15-00223-CR

Carlos **FAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10674
Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

The Appellant's motion to supplement the reporter's record is deemed MOOT.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court